USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA M. SANDOVAL,

                  Plaintiff,

– against –

LUIS J. DUMES, *and* A. DUIE PYLE, INC.,

                  Defendants.

**ORDER**
16 Civ. 8892 (ER)

Ramos, D.J.:

       The above-captioned action was removed from Bronx County on November 16, 2016. Doc. 1. On November 8, 2019, Defendants provided the Court with a status update stating the parties were still discussing the date for deposing Plaintiff's expert witness and whether to move forward with a settlement conference. Doc. 32. The parties have not updated the Court since that date. Accordingly, the parties are directed to provide the Court with a joint status report **no later than April 16, 2020.** Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

       It is SO ORDERED.

Dated: April 2, 2020
       New York, New York

                                                _____
                                                Edgardo Ramos, U.S.D.J.