UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/20

EVA M. SANDOVAL

                    Plaintiff,

         -against-

LUIS J. DUMES et al.,

                   Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**16-cv-8892 (ER)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 56).  A telephone conference will be held on **May 4, 2020 at 4:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  The parties should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.

      SO ORDERED.

Dated: April 7, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge