UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA SANDOVAL,

                Plaintiff,

– against –

LUIS J. DUMES and A. DUIE PYLE INC.,

                Defendants.

**ORDER**

16 Civ. 8892 (ER) (KHP)

RAMOS, D.J.:

      On August 23, 2016, Eva Sandoval brought this action arising out of a car accident against Luis J. Dumes and A. Duie Pyle Inc. ("Defendants") in the Supreme Court of the State of New York, County of Bronx.  Doc. 1-3.  On September 23, 2016, Defendants answered.  Doc. 1-4.  On November 16, 2016, Defendants removed this case to federal court.  Doc. 1.  On April 6, 2020, Sandoval informed the Court that the parties had completed discovery and requested referral for settlement.  Doc. 34.  On April 7, 2020, the Court entered an order of reference to Magistrate Judge Katharine H. Parker for settlement.  Doc. 35.  On May 4, 2020 and June 2, 2020, the parties attended settlement conferences before Magistrate Judge Parker.  Apparently, the matter did not settle and the parties have not updated the Court since those conferences.  The parties are therefore directed to appear before the Court telephonically on **September 25, 2020 at 11 AM**.  The parties will call the Court using the following conference call information:  (877) 411-9748; Access Code: 3029857#.

      It is SO ORDERED.

Dated: August 20, 2020
       New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.