UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA M. SANDOVAL,

               Plaintiff,

    – against –

LUIS J. DUMES, *and* A. DUIE PYLE, INC.,

             Defendants.

**ORDER**

16 Civ. 8892 (ER)

RAMOS, D.J.:

       The above-captioned action was removed from Bronx County on November 16, 2016. Doc. 1. On September 25, 2020, the Court held a telephonic conference and set a trial date of July 12, 2021. On May 10, 2021, and again on May 12, 2021, the Court contacted the Parties via e-mail to confirm whether they wish to proceed to trial as scheduled. To date, the Parties have not responded.

       Parties are directed to submit a joint letter response to the Court **no later than May 19, 2021**, via ECF, to inform the Court if they wish to proceed to trial. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

       It is SO ORDERED.

Dated:  May 17, 2021
       New York, New York

                           _____
                              Edgardo Ramos, U.S.D.J.