UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA M. SANDOVAL,

               Plaintiff,

– against –

LUIS J. DUMES, *and* A. DUIE PYLE, INC.,

               Defendants.

**ORDER**

16 Civ. 8892 (ER)

RAMOS, D.J.:

Parties are advised that the telephonic conference scheduled for May 27, 2021, at 10:00 AM is canceled. The following Case Scheduling Order is hereby adopted:

1. A trial has been scheduled in this action to commence on **September 7, 2021, at 9:00 AM.**

2. Motions *in limine* should be filed by **August 9, 2021,** and oppositions thereto should be filed by **August 23, 2021.**

3. Proposed jury instructions, *voir dire* questions, and verdict sheet should be filed by **August 9, 2021,** and objections thereto should be filed by **August 23, 2021.**

4. The Final Pretrial Conference shall be held on **September 2, 2021 at 3:00 PM.**

It is SO ORDERED.

Dated: May 24, 2021
       New York, New York

                                              EDGARDO RAMOS, U.S.D.J.