UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVA M. SANDOVAL,

                Plaintiff,

- against -

LUIS J. DUMES and A. DUIE PYLE, INC.,

                Defendant(s).
-----------------------------------------------------------------X

Case No.:
1:16-cv-08892-ER

NOTICE OF MOTION
FOR REMOVAL OF
COUNSEL

**MEMO ENDORSED**

TO:   Michael Krigsfeld, Esq.
        WILLIAM SCHWITZER & ASSOCIATES
        820 2nd Avenue
        New York, NY 10017

**PLEASE TAKE NOTICE** the undersigned will move this Court at the United States Court House, for the Southern District of New York, 40 Foley Square, New York, New York 10007, before the Honorable Edgardo Ramos, for an Order removing Joseph Sam Fritzson, Esq. from this matter as he is no longer counsel for the Defendants and not employed by this firm.

A Declaration of Support for this motion is attached hereto.

Dated: New York, New York
           June 7, 2021

SOBEL PEVZNER, LLC

BELLA I. PEVZNER (BP-1728)
*Attorneys for Defendants*
LUIS J. DUMES and A. DUIE PYLE, INC.
30 Vesey Street, 8th Floor
New York, NY 10007
(212) 216-0020

---

The request is granted. The Clerk of Court is respectfully directed to remove Joseph Sam Fritzson as counsel of record and to terminate the motion, Doc. 52.

It is SO ORDERED. _____
                      Edgardo Ramos, U.S.D.J.
                      Dated: 06/08/2021
                      New York, New York